UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20044CR-LENARD/GARBER

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JUAN RENE CARO, JR.**,
**MAYTEMAR CORPORATION**,
d/b/a "LA BAMBA CHECK
CASHING**,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 588)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Barry L. Garber ("Report," D.E. 588), issued on January 22, 2010, recommending that the claim of Omar Bakos, as Stuttgart Collision Inc.'s Last Officer, Director and Agent be denied, and that the Court not modify its previously entered Preliminary Order of Forfeiture. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

 1. The Report of the Magistrate Judge (D.E. 588), issued on January 22, 2010, is **ADOPTED**.

 2. The previously issued Preliminary Order of Forfeiture shall not be

modified, and the claim by Omar Bakos, as Stuttgart Collision Inc.'s Last Officer, Director and agent is **denied**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of February, 2010.

                                              **JOAN A. LENARD**
                                      **UNITED STATES DISTRICT JUDGE**